In the Matter of HELEN BARNES, Respondent, against MARGARET M. BURNET, Nominee, and S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents, and HERMAN N. SCHWARTZ, Nominee, Appellant.*

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.